NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3045

ANTONIO T. MARTINEZ,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in NY3443080032-I-1.

ON MOTION

O R D E R

Antonio T. Martinez moves for a 7-day extension of time, until January 30, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 0 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Elaine Rodriquez-Frank, Esq.
       Gregg M. Schwind, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2009

JAN HORBALY
CLERK